01/31/2013 10:33 FAX @001



FILED

04/28/2022

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 21-0390

# IN THE SUPREME COURT OF THE STATE OF MONTANA

## DA 21-0390

**\* \* \* \* \* \***

RANDY LAEDEKE, and, )
DARLA PRENN, for )
THE ESTATE OF LILA M. LAEDEKE, )  **ORDER**
)
Plaintiff Appellee, )
)
-vs- )  **GRANTING APPELLANT'S**
)  **MOTION FOR ONE**
BILLINGS CLINIC, )  **LAST ADDITIONAL DAY**
)  **EXTENSION OF TIME**
Defendant Appellant. )  **TO FILE OPENING BRIEF**

**FILED**

APR 2 8 2022

Bowen Greenwood
Clerk of Supreme Court
State of Montana

**\* \* \* \* \***

Appellant has filed a motion for a one last additional one day extension of time from April 27, 2022, to April 28, 2022 to file Appellant's Opening Brief in the above-entitled case because the print shop in Helena producing the copies and binding advised they had some issues today and did not get Appellant's brief and copies delivered to the Clerk of Supreme Court today but assured it would be done tomorrow. For good cause shown:

**IT IS HEREBY ORDERED THAT** Appellant's motion for one last additional one day extension of time is GRANTED AND APPELLANT and shall file and serve his opening brief on or before April 28, 2022.

Dated this ___28th___ day of ___April___, 2022.

By _____